

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

June 17, 2020

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Williams v. Bob's Stores, LLC*
             Case No. 20-cv-01596 (SN)

Dear Judge Netburn:

    I am counsel for Defendant. I write with the consent of Plaintiff's counsel to advise that the parties have settled this matter in principle. We are working on the settlement papers now and hope to be in a position to submit a proposed Consent Decree to the Court for approval within the next 30 days. The Consent Decree would address the ADA access issues raised by the Complaint. We request that the Court not issue a conditional order of dismissal pending submission of the Consent Decree. Thank you for your attention to this matter.

                             Respectfully,

                             *Peter T. Shapiro*

                             Peter T. Shapiro of
                             LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    Counsel for Plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • WASHINGTON • WEST VIRGINIA
4839-1051-0016.1