```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAMELA WILLIAMS,

                      **Plaintiff,**              20-CV-1596 (SN)

    -against-                                **ORDER**

BOB'S STORES, LLC,

                      **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Defendant's June 17, 2020 letter, ECF No. 16, stated that the parties had reached a settlement in principle and would file a consent decree for the Court's approval within 30 days. By July 31, 2020, the parties shall file either the consent decree or a letter updating the Court on the status of the consent decree.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 28, 2020
                 New York, New York