

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

July 31, 2020

**VIA ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Williams v. Bob's Stores, LLC*
            Case No. 20-cv-01596 (SN)

Dear Judge Netburn:

      As counsel for Defendant, I write to address the parties' settlement and to present the parties' joint request for judicial approval of the Consent Decree enclosed herewith.

      Plaintiff's class action Complaint alleges that Defendant's website is a place of public accommodation which is not accessible to visually disabled persons in violation of the Americans with Disabilities Act and the New York City Human Rights Law. While Defendant does not admit liability, we have reached an early settlement with plaintiff individually in order to avoid the cost and inconvenience of litigation and to address the issues raised by this action in a mutually acceptable fashion. We hereby request that the Court so-order the Consent Decree, which has been fashioned as a reasonable resolution of the plaintiff's claims.

      The Consent Decree "(1) springs from and serves to resolve a dispute within the court's subject-matter jurisdiction, (2) comes within the general scope of the case made by the pleadings, and (3) furthers the objectives of the law upon which the complaint was based." *Kozlowski v. Coughlin,* 871 F.2d 241, 244 (2d Cir. 1989) (internal bracketing omitted) (citing *Local Number 93, International Ass'n of Firefighters v. City of Cleveland,* 478 U.S. 501, 525 (1986)); *accord, Crosson v. Popsockets LLC,* No. 19-cv-200 (CBA)(LB), 2019 WL 6134416, at *2 (E.D.N.Y. Oct. 8, 2019), *adopted by* 2019 WL 6134153 (Nov. 19, 2019); *Riverkeeper, Inc. v. MLV Concrete Inc.,* No. 14-cv-3762 (LDH)(PK), 2017 WL 3172897, at *2 (E.D.N.Y. June 26, 2017), *adopted by* 2017 WL 3172859 (July 25, 2017). S*ee also, Figueroa v. Arhaus, LLC*, No. 18 Civ. 10491 (GWG) (S.D.N.Y.

July 31, 2019
Page 2

Feb. 20, 2019) (DE16) (applying the above standard in a similar ADA action to approve a consent decree between private parties).

Additionally, the Consent Decree is designed to serve as a shield for Defendant against claims by other potential plaintiffs who may come forward to assert similar claims based on the putative access violations that are being addressed and resolved pursuant to this settlement. Duplicative suits have been a recurring problem in similar matters handled by my law firm and other attorneys defending these matters around the country.

Counsel for Defendant has resolved many very similar ADA website class actions in this Court and in the Eastern and Western Districts of New York in which Your Honor and other judges have approved virtually identical consent decrees.[1] The prior matter in which Your Honor approved

---

[1] *See Sypert v. Pelham Country Club*, SDNY, 18-cv-6496 (GBD), October 12, 2018 (DE 12); *Mendizabal v. American Self Storage 636, LLC*, SDNY,. 17-cv-10041 (ALC), October 15, 2018 (DE 23); *Burbon v. Maidpro Inc.*, SDNY, 18-cv-6290 (JMF), October 18, 2018 (DE 19); *Sypert v. Gefen*, SDNY, 18-cv-4336 (GBD), October 18, 2018 (DE 17); *Tucker v. CorePower Yoga*, SDNY, 18-cv-5394 (AJN), December 3, 2018 (DE 17); *Burbon v. Hometeam*, SDNY, 18-cv-4783 (VSB), December 27, 2018 (DE 20); *Mendez v. Madison York*, SDNY, 18-cv-4947 (VSB), January 2, 2019 (DE 15); *Murphy v. Cos Bar Retail LLC,* SDNY, 18-cv-06968 (RA), February 11, 2019 (DE 22); *Figueroa v. Arhaus, LLC*, SDNY, 18-cv-10491(GWG), February 20, 2019 (DE 17); *Delacruz v. Naturopathica Holistic Health Inc.*, SDNY, 18-cv-07548 (KHP), March 19, 2019 (DE 23); *Diaz v. Georg Jensen, Inc.*, SDNY, 19-cv-00032 (SDA), March 20, 2019 (DE 16); *Camacho v. Neighborhood Playhouse School of Theatre*, SDNY, 18-cv-10946 (JPO), April 3, 2019 (DE 14); *Figueroa v. Magnolia Bakery Online LLC*, SDNY, 18-cv-9892 (PAE)(BCM), April 4, 2019 (DE 19); *Martinez v. FKA Distributing Co. LLC*, EDNY, 19-cv-00035 (RJD), April 29, 2019 (DE 10); *Mendez v. Midway A.L. LLC*, SDNY, 18-cv-04946 (DCF), May 2, 2019 (DE 33); *Dominguez v. 1650 Broadway Assoc.,* SDNY, 18-cv-09819 (DCF) May 28, 2019 (DE 19); *Camacho v. Emory & Henry College*, SDNY, 18-cv-10601 (RA), June 4, 2019 (DE 22); *Diaz v. Levain Bakery*, SDNY, 18-cv-12392 (DAB), June 17, 2019 (DE 13); *Dennis v. Madcadi Inc.*, EDNY, 18-cv-07114 (KAM), June 24, 2019 (DE 18); *Bishop v. Korman Communities, Inc.*, SDNY, 18-cv-09204 (VSB), June 26, 2019 (DE 18); *Bishop v. Regal Marine Industries, Inc.* SDNY, 19-cv-1323 (VSB), July 2, 2019 (DE 15); *Picon v. Brooklyn Gastroenterology and Endoscopy, PLLC,* SDNY, 18-cv-07936 (ALN), July 9, 2019 (DE 16); *Dawson v. King Arthur Flour Company, Inc.,* SDNY, 19-cv-01435 (ALN), July 9, 2019 (DE 14); *Crosson v. Simple Finance Technology Corp.,* EDNY, 19-cv-02350 (DLI)(PK), July 12, 2019; *Thorne v. Datrex, Inc.,* SDNY, 19-cv-01045 (LTS)(BCM), July 15, 2019 (DE 17); *Fischler v. Greystar Worldwide LLC,* EDNY, 18-cv-04049 (VMS), July 17, 2019; *Thorne v. Seabring Marine Industries, Inc.,* SDNY, 19-cv-01299 (ALC), July 17, 2019 (DE 20); *Bishop v. Freedom Boat club, LLC*, SDNY, 19-cv-2636 (ALC), August 8, 2019 (DE 14); *Fischler v. Monica & Andy, Inc.*, EDNY, 19-cv-01405 (WFK)(JO), August 12, 2019 (DE 14); *Olsen v. Mandarin Oriental (New York) Inc.,* EDNY, 18-cv-06850 (ST), September 3, 2019; *Fischler v. Lotte Hotel New York Palace, LLC,* SDNY, 18-cv-10367 (PAC), September 4, 2019 (DE 14); *Fischler v Hub Associates, LLC,* EDNY, 18-cv-7000 (NG)(CLP), September 11, 2019 (DE 19); *Kiler v. Keith McCurdy LLC,* EDNY, 19-cv-03472 (AMD)(ST), October 17, 2019 (DE 11); *Panarese v. Museum of Modern Art*, EDNY, 19-cv-03899 (DRH)(ARL), October 31, 2019 (DE 11); *Lopez v. Concord Hospitality Enterprises Company, LLC,* SDNY, 19-cv-2626 (KPF), November 8, 2019 (DE 26); *Traynor v. Neff, LLC,* SDNY, 19-cv-06214 (DCF), January 6, 2020 (DE 15); *Duncan v. Jay Suites I, LLC*, SDNY, 19-cv-03335 (KHP), January 14, 2020 (DE 39); *Traynor v. Teespring*, SDNY, 19-cv-06942 (JPO)(BCM), January 16, 2020 (DE 23); *Diaz v. The RealReal Inc.*, SDNY, 19-cv-7423 (SDA), January 30, 2020 (DE 23); *Foley v. Makita U.S.A., Inc.,* WDNY, 19-cv-01460 (CCR), February 12, 2020 (DE 11); *Nisbett v. Forty Five Ten HY, LLC,* SDNY, 19-cv-10785 (PGG)(SLC), February 24, 2020 (DE 12); *Duncan v Aliz Group, LLC*, SDNY, 19-cv-07168 (LGS), February 24, 2020 (DE 24); *Dominguez v. Bohemian Citizens Benevolent* (footnote continued)

---

LEWIS BRISBOIS BISGAARD & SMITH LLP

www.lewisbrisbois.com

4841-0809-6454.1

a similar consent decree was *Morgan v. The Hygenic Corporation*, SDNY, 19-cv-6934 (SN), December 13, 2019 (DE 23).

We respectfully request that Your Honor approve the enclosed Consent Decree for all of the reasons identified above.

Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Counsel for Plaintiff (via ECF)

---

*Society of Astoria L.I.N.Y, et al.*, SDNY, 19-cv-11932 (JLC), April 3, 2020 (DE 19); and *Bishop v. Beacway Operating, LLC*, SDNY, 20-cv-00362 (JMF), July 21, 2020 (DE 22).